November 3, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-11-00136-CV            V.

ROSALBA RODRIGUEZ, Appellee

_____

This court today heard a motion for rehearing filed by appellant, CITY OF HOUSTON. We order that the motion be overruled, and that this court's former judgment of July 12, 2011, be vacated, set aside, and annulled. We further order this court's opinion of July 12, 2011 withdrawn.

This cause, an interlocutory appeal from the order in favor of appellee, ROSALBA RODRIGUEZ, signed February 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, CITY OF HOUSTON, to pay all costs incurred in this appeal. We further order this decision certified below for observance.